THOMAS PALMER, Respondent, *v.* JAMES GORDON BENNETT, Appellant.

*Palmer* v. *Bennett*, 83 Hun, 220, affirmed.
(Argued February 2, 1897; decided March 2, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered December 12, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Flamen B. Candler* and *Joseph H. Choate* for appellant.

*Edward M. Grout* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

HENRIETTA TREMPER, Respondent, *v.* SUPREME LODGE, KNIGHTS OF HONOR, Appellant.

(Argued February 4, 1897; decided March 2, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered December 17, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*W. R. Spooner* and *A. R. Savage* for appellant.

*John M. Gardner* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.